567 S.E.2d 862

R & G CONSTRUCTION, INC., Respondent,

v.

LOWCOUNTRY REGIONAL TRANSPORTATION
AUTHORITY, Petitioner.

No. 25502.

Supreme Court of South Carolina.

Heard June 26, 2002.

Decided July 22, 2002.

Rehearing Denied Aug. 21, 2002.

H. Fred Kuhn, Jr., of Moss & Kuhn, of Beaufort, for petitioner.

William B. Harvey, III, of Harvey & Battey, of Beaufort, for respondent.

## ON WRIT OF CERTIORARI TO THE COURT OF APPEALS.

PER CURIAM.

We granted a writ of certiorari to review the decision of the Court of Appeals in *R & G Constr., Inc., v. Lowcountry Regional Transp. Authority*, 343 S.C. 424, 540 S.E.2d 113 (Ct.App.2000). We dismiss certiorari as improvidently granted.